IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MCALLISTER & QUINN, LLC** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **JESSICA VENABLE, SCOTT TOMINOVICH,** ) <br> **CHRIS FISH, JOO YOUNG LEE,** ) <br> **CASEY NEWELL, and JAKE PARDUHN** ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:22-CV-00379-APM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Expedited Discovery, Defendants' Opposition, and the record herein, it is by the Court, on this _____ day of _____, 2022,

**ORDERED** that the Motion is DENIED.

_____
The Hon. Amit P. Mehta
United States District Court Judge