

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Exhibit 2

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
t 404 815 6500  f 404 815 6555

direct dial 404 815 6074
direct fax 404 541 3143
jbush@kilpatricktownsend.com

April 4, 2022

**BY E-MAIL**

Anita Mazumdar Chambers
The Employment Group
1717 K Street NW, Suite 1110
Washington, D.C. 20006-5345

    Re:    *McAllister & Quinn, LLC v. Venable, et al.*

Dear Anita:

I write in follow-up to the agreed protocol for identifying and arranging for the permanent deletion of all M&Q information in defendants' possession and in connection with the parties' obligations under the Federal Rules of Civil Procedure.

    1.    *Initial Steps to Implement the Agreed Protocol*.

We would like to begin the process of transferring the forensic images of Defendants' Imaged Devices, Defendants' Imaged Electronic Accounts, and Defendants' Imaged Flash Drives (collectively, the "Images Prepared before April 1, 2022") prepared by Complete Discovery Source ("CDS") as described in Paragraph 1 of the April 1, 2022 Protocol for Identification and Destruction of M&Q Materials in Defendants' Possession (Dkt. 28-4).  To that end, can you please provide us with the contact information for the appropriate contact at CDS with whom Digital Mountain can coordinate to arrange for copies of the Images Prepared before April 1, 2022?

We will promptly arrange for Digital Mountain to contact CDS directly by email (with a copy to you) to arrange the transfer of copies of the Images Prepared before April 1, 2022.

    2.    *Obligations Under Fed. R. Civ. P. 16 and 26.*

As you are aware, Fed. R. Civ. P. 16(b)(2) requires that

> The judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared.

ANCHORAGE   ATLANTA   AUGUSTA   BEIJING   CHARLOTTE   DALLAS   DENVER   HOUSTON   LOS ANGELES   NEW YORK   RALEIGH   SAN DIEGO
SAN FRANCISCO   SEATTLE   SHANGHAI   SILICON VALLEY   STOCKHOLM   TOKYO   WALNUT CREEK   WASHINGTON   WINSTON-SALEM

Anita Mazumdar Chambers, Esq.
April 4, 2022
Page 2

By our calculation, and based upon your February 18, 2022 Notice of Appearance on behalf of all Defendants, Dkt. 11, a scheduling order should issue no later than Tuesday, April 19, 2022 (60 days after any defendant's first appearance).  *Id*.

Fed. R. Civ. P. 26(f) requires that "the parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)."  We are available to participate in a Rule 26(f) conference this week on Tuesday, April 5 or on Wednesday, April 6.  Please propose some available windows on either of these dates.

3. *Plaintiff's Early Rule 34 Requests.*

Finally, served herewith, as contemplated by Fed. R. Civ. P. 26(d)(2), are Plaintiff McAllister & Quinn, LLC's Early Rule 34 Requests for Production of Documents to Defendants.

Thank you.

Sincerely,

Joel D. Bush

Enclosure

cc:    Katie Barton, Esq.