**Mansfield, Amy**
___

| | |
|---|---|
| **From:** | Anita Mazumdar Chambers <achambers@employmentlawgroup.com> |
| **Sent:** | Wednesday, April 06, 2022 10:47 AM |
| **To:** | Bush, Joel; Mansfield, Amy; Nicole León; R. Scott Oswald; Tejal Garg; Briana Scholar |
| **Cc:** | Barton, Katie; Bullock, Alex |
| **Subject:** | RE: McAllister & Quinn, LLC v. Venable, et al. |

**CAUTION: External Email**

Exhibit 3

Joel:

After a close review of the local rules, we do not believe it's appropriate to have a LCvR 16.3 or FRCP 26(f) conference right now. We have a pending motion to dismiss and have not yet filed an answer. LCvR 16.3(b) states that "[t]he requirements of this Rule and of Fed. R. Civ. P. 16(b) and 26(f), shall not apply in cases in which no answer has yet been filed." It is more appropriate to schedule our conference after having a ruling.

We have received your early RFPD and will consider it served once we have our 26(f) conference.

We are happy to still meet today at 5pm ET if you would like to discuss other matters in the case or anything that might help the parties resolve any outstanding issues.

Thank you,
Anita

___

**From:** Bush, Joel <JBush@kilpatricktownsend.com>
**Sent:** Tuesday, April 5, 2022 5:38 PM
**To:** Anita Mazumdar Chambers <achambers@employmentlawgroup.com>; Mansfield, Amy <amansfield@kilpatricktownsend.com>; Nicole León <nleon@employmentlawgroup.com>; R. Scott Oswald <SOswald@employmentlawgroup.com>; Tejal Garg <tgarg@employmentlawgroup.com>; Briana Scholar <bscholar@employmentlawgroup.com>
**Cc:** Barton, Katie <kbarton@kilpatricktownsend.com>; Bullock, Alex <ABullock@kilpatricktownsend.com>
**Subject:** RE: McAllister & Quinn, LLC v. Venable, et al.

Anita:

Could your side be available Wednesday afternoon at 5:00 pm ET (instead of 4:00 pm)?  If that works, I will circulate a dial-in number.

Thank you.

**Joel Bush**
Kilpatrick Townsend & Stockton LLP
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 815 6074 | cell 404 376 3368 | fax 404 541 3143
jbush@kilpatricktownsend.com | My Profile | vCard

**From:** Anita Mazumdar Chambers <achambers@employmentlawgroup.com>
**Sent:** Monday, April 4, 2022 2:13 PM
**To:** Mansfield, Amy <amansfield@kilpatricktownsend.com>; Nicole León <nleon@employmentlawgroup.com>; R. Scott Oswald <SOswald@employmentlawgroup.com>; Tejal Garg <tgarg@employmentlawgroup.com>; Briana Scholar <bscholar@employmentlawgroup.com>
**Cc:** Bush, Joel <JBush@kilpatricktownsend.com>; Barton, Katie <kbarton@kilpatricktownsend.com>; Bullock, Alex <ABullock@kilpatricktownsend.com>
**Subject:** RE: McAllister & Quinn, LLC v. Venable, et al.


Counsel: As to the first item in your letter, below is our contact at CDS.  In addition to Jay, please also copy dbatcheller@cdslegal.com, wlambdin@employmentlawgroup.com, Nicole, and me on the e-mails.  Jay is expected your e-mail.

As for the items in your e-mail, I propose we meet on Wednesday at 4pm after our status conference with the Judge.

Thank you,
Anita

**

# Jay Moore
Project Coordinator

**Complete Discovery Source, Inc.**
250 Park Ave., 18th Floor
New York, NY 10177
United States
e: jmoore@cdslegal.com
m: 202 - 285 - 8704

www.cdslegal.com


**From:** Mansfield, Amy <amansfield@kilpatricktownsend.com>
**Sent:** Monday, April 4, 2022 1:00 PM
**To:** Anita Mazumdar Chambers <achambers@employmentlawgroup.com>; Nicole León <nleon@employmentlawgroup.com>; R. Scott Oswald <SOswald@employmentlawgroup.com>; Tejal Garg <tgarg@employmentlawgroup.com>; Briana Scholar <bscholar@employmentlawgroup.com>
**Cc:** Bush, Joel <JBush@kilpatricktownsend.com>; Barton, Katie <kbarton@kilpatricktownsend.com>; Bullock, Alex <ABullock@kilpatricktownsend.com>
**Subject:** McAllister & Quinn, LLC v. Venable, et al.


[EXTERNAL EMAIL]

Counsel,

Please see attached correspondence in the above matter.  In addition, a service copy of Plaintiff McAllister & Quinn, LLC's Early Rule 34 Requests for Production of Document is provided herewith.

Thank you.



**Amy Mansfield**
Legal Analyst
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA 30309-4528
office 404 815 6115 | fax 404 541 3394
amansfield@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

----------------------------
**Anita Mazumdar Chambers | Principal**
202.261.2821 | achambers@employmentlawgroup.com

**PRIVILEGED & CONFIDENTIAL**