UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McALLISTER & QUINN, LLP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-cv-379 |
| JESSICA VENABLE, et al., | ) |
| Defendants. | ) |

### ORDER

Pursuant to the Status Conference held on April 6, 2022, the court hereby refers this matter to the Mediation Program of the United States District Court for the District of Columbia. Plaintiff and a representative of Defendant are required to attend each mediation session. If the representative of Defendant in attendance does not have settlement authority, a representative with such authority must be immediately available to the mediator by telephone.

The parties shall file a joint status report on or before June 8, 2022, which addresses: (a) the status of the mediation and settlement discussions; (b) whether the parties believe they would benefit from additional time for mediation and/or settlement discussions; and, (c) any other information that the parties believe the court should be aware of.

If the parties reach a settlement before June 8, 2022, they shall promptly inform the court.

Dated: April 8, 2022

Amit P. Mehta
United States District Court Judge