IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCALLISTER & QUINN, LLC,<br><br>   Plaintiff,<br><br>          vs.<br><br>JESSICA VENABLE, SCOTT TOMINOVICH, CHRIS FISH, JOO YOUNG LEE, CASEY NEWELL, and JAKE PARDUHN,<br><br>   Defendants. | Case No. 1:22-CV-00379-APM |

## JOINT STATUS REPORT

Pursuant to the Court's June 8, 2022 Minute Entry, Plaintiff McAllister & Quinn, LLC ("M&Q"), and Defendants Jessica Venable, Scott Tominovich, Chris Fish, Joo Young Lee, Casey Newell, and Jake Parduhn (collectively, "Defendants"), by and though counsel, hereby provide the Court with this Joint Status Report.

Since the June 8, 2022 Status Conference with the Court, the parties have exchanged proposed settlement documents, including revisions thereto. In addition, the parties participated in a follow-up mediation session with Irv Nathan on Tuesday, June 14, 2022. The parties executed settlement agreements on Friday, June 17, 2022. In connection with the settlement, the parties have agreed upon the form of a declaration that each Defendant will execute contemporaneous with the permanent deletion of all M&Q materials in Defendants' possession. Finally, the parties anticipate finalizing an amendment to the April 1, 2022 Protocol for Identification and Destruction of M&Q Materials in Defendants' Possession no later than Wednesday, June 22, 2022. Dkt. 28-4. The amendment will set forth the final agreed-upon process for the permanent deletion of all M&Q materials in Defendants' possession.

Defendants have represented that they anticipate that the permanent deletion of M&Q materials in Defendants' possession shall be completed no later than July 8, 2022. Plaintiff will file a notice of dismissal with prejudice upon receipt of (1) the certifications of the deletion of all M&Q materials, and (2) declarations signed by each defendant.

Respectfully submitted, this 17th day of June, 2022.

| | |
|---|---|
| /s/ Joel D. Bush, II | /s/ Anita Mazumdar Chambers |
| Joel D. Bush, II | R. Scott Oswald |
| (*admitted pro hac vice*) | D.C. Bar No. 458859 |
| jbush@kilpatricktownsend.com | SOswald@employmentlawgroup.com |
| Kathleen B. Dodd Barton | Anita Mazumdar Chambers |
| (*admitted pro hac vice*) | D.C. Bar No. 1046845 |
| kbarton@kilpatricktownsend.com | achambers@employmentlawgroup.com |
| **KILPATRICK TOWNSEND & STOCKTON LLP** | **The Employment Law Group, P.C.** |
| 1100 Peachtree Street, Suite 2800 | 1717 K Street NW, Suite 1110 |
| Atlanta, GA  30309-4530 | Washington, D.C. 20006-5345 |
| Telephone:  (404) 815-6500 | |
| Facsimile:  (404) 815-6555 | *Counsel for Defendants Jessica Venable, Scott Tominovich, Chris Fish, Joo Young Lee, Casey Newell, and Jake Parduhn* |

Alexander M. Bullock
D.C. Bar No. 446168
abullock@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
607 14th Street, NW
Suite 900
Washington, DC  20005
Telephone:  (202) 508-5831
Facsimile:  (202) 585-0057

*Counsel for Plaintiff McAllister & Quinn, LLC*

## CERTIFICATE OF SERVICE

      This is to certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

DATED:  June 17, 2022.

/s/ Joel D. Bush, II
Joel D. Bush, II
(*admitted pro hac vice*)

*Counsel for Plaintiff McAllister & Quinn, LLC*