IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCALLISTER & QUINN, LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>JESSICA VENABLE, SCOTT TOMINOVICH, CHRIS FISH, JOO YOUNG LEE, CASEY NEWELL, and JAKE PARDUHN,<br><br>   Defendants. | Case No. 1:22-CV-00379-APM |

## JOINT STATUS REPORT

Pursuant to the Court's June 8, 2022 Minute Entry, Plaintiff McAllister & Quinn, LLC ("M&Q") and Defendants Jessica Venable, Scott Tominovich, Chris Fish, Joo Young Lee, Casey Newell, and Jake Parduhn (collectively, "Defendants"), by and though counsel, hereby provide the Court with this Joint Status Report.

Since the June 17, 2022 Status Conference with the Court, the parties have agreed upon revisions to the form of a declaration that each Defendant will execute contemporaneous with the permanent deletion of all M&Q materials in Defendants' possession. While Defendants as of yet have not provided to Plaintiff certification of the deletions of M&Q materials that remain in each Defendant's possession, Defendants have represented to Plaintiff that the permanent deletion of M&Q materials is complete for four Defendants and that there are two outstanding deletion tasks to be completed during the week of July 11, 2022. Defendants have also represented that, after all deletions are complete, they will provide to Plaintiff both certification of the deletions of all M&Q materials in Defendants' possession and signed declarations for each Defendant.

Plaintiff will file a notice of dismissal with prejudice upon receipt of (1) the certifications of the deletion of all M&Q materials on behalf of each defendant, and (2) declarations signed by each defendant.

Respectfully submitted, this 11th day of July, 2022.

| | |
|---|---|
| /s/ Joel D. Bush, II | /s/ Anita Mazumdar Chambers |
| Joel D. Bush, II | R. Scott Oswald |
| (*admitted pro hac vice*) | D.C. Bar No. 458859 |
| jbush@kilpatricktownsend.com | SOswald@employmentlawgroup.com |
| Kathleen B. Dodd Barton | Anita Mazumdar Chambers |
| (*admitted pro hac vice*) | D.C. Bar No. 1046845 |
| kbarton@kilpatricktownsend.com | achambers@employmentlawgroup.com |
| **KILPATRICK TOWNSEND &** | **The Employment Law Group, P.C.** |
| **   STOCKTON LLP** | 1717 K Street NW, Suite 1110 |
| 1100 Peachtree Street, Suite 2800 | Washington, D.C. 20006-5345 |
| Atlanta, GA  30309-4530 | |
| Telephone:  (404) 815-6500 | *Counsel for Defendants Jessica Venable,* |
| Facsimile:  (404) 815-6555 | *Scott Tominovich, Chris Fish, Joo Young Lee,* |
| | *Casey Newell, and Jake Parduhn* |
| Alexander M. Bullock | |
| D.C. Bar No. 446168 | |
| abullock@kilpatricktownsend.com | |
| **KILPATRICK TOWNSEND &** | |
| **   STOCKTON LLP** | |
| 607 14th Street, NW | |
| Suite 900 | |
| Washington, DC  20005 | |
| Telephone:  (202) 508-5831 | |
| Facsimile:  (202) 585-0057 | |

*Counsel for Plaintiff McAllister & Quinn, LLC*

## CERTIFICATE OF SERVICE

      This is to certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

DATED: July 11, 2022.

/s/ Joel D. Bush, II
Joel D. Bush, II
(*admitted pro hac vice*)

*Counsel for Plaintiff McAllister & Quinn, LLC*