IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCALLISTER & QUINN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JESSICA VENABLE, SCOTT TOMINOVICH, CHRIS FISH, JOO YOUNG LEE, CASEY NEWELL, and JAKE PARDUHN,<br><br>    Defendants. | Case No. 1:22-CV-00379-APM |

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff McAllister & Quinn, LLC's ("M&Q") claims against Defendants Jessica Venable, Scott Tominovich, Chris Fish, Joo Young Lee, Casey Newell, and Jake Parduhn are hereby dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted, this 18th day of July, 2022.

| | |
|---|---|
| Alexander M. Bullock<br>D.C. Bar No. 446168<br>abullock@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND &<br>  STOCKTON LLP**<br>607 14th Street, NW<br>Suite 900<br>Washington, DC  20005<br>Telephone:  (202) 508-5831<br>Facsimile:  (202) 585-0057 | /s/Joel D. Bush, II<br>Joel D. Bush, II<br>(*admitted pro hac vice*)<br>jbush@kilpatricktownsend.com<br>Kathleen B. Dodd Barton<br>(*admitted pro hac vice*)<br>kbarton@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND &<br>  STOCKTON LLP**<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309-4530<br>Telephone:  (404) 815-6500<br>Facsimile:  (404) 815-6555<br><br>*Counsel for Plaintiff McAllister & Quinn, LLC* |

## CERTIFICATE OF SERVICE

      This is to certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

DATED: July 18, 2022.

/s/ Joel D. Bush, II
Joel D. Bush, II
(*admitted pro hac vice*)

*Counsel for Plaintiff McAllister & Quinn, LLC*